1 | ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
2 | STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
3 | San Diego, CA 92101
Telephone: 619/525-3990
4 | Facsimile: 619/525-3991

5 | JOHNSON LAW FIRM
A Professional Corporation
6 | FRANK J. JOHNSON (174882)
BRETT M. WEAVER (204715)
7 | 402 West Broadway, Suite 2700
8 | San Diego, CA 92101
Telephone: 619/230-0063
9 | Facsimile: 619/230-1839

10 | [Proposed] Co-Lead Counsel for Plaintiffs

11 |

**RECEIVED**

SEP 13 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**

SEP 15 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

12 |

UNITED STATES DISTRICT COURT

13 |

SOUTHERN DISTRICT OF CALIFORNIA

14 | CARIDAD MILLER, Derivatively On Behalf ) Civil Case No. 06-CV-1336 LAB(BLM)
of INFOSONICS CORPORATION, )
15 | )
) (Derivative Action)
16 | Plaintiff, )
) STIPULATION CONSOLIDATING
17 | vs. ) ACTIONS, APPOINTING CO-LEAD
) COUNSEL AND [PROPOSED] ORDER
) THEREON
18 | JOSEPH RAM, JEFFREY A. KLAUSNER, )
JOSEPH C. MURGO, ABRAHAM G. )
19 | ROSLER, RANDALL P. MARX, ROBERT S. )
PICOW AND KIRK A. WALDRON, )
20 | )
21 | Defendants, )
)
22 | -and- )
)
23 | INFOSONICS CORPORATION, a Maryland )
corporation, )
24 | )
25 | Nominal Defendant. )
_____ ) Judge: Honorable Larry Alan Burns
26 |

27 | [Caption continued on following page]

28 |

Case No.: 06CV1336 LAB(BLM)

| | |
|---|---|
| 1 | JASON HAGGERTY, Derivatively On Behalf of INFOSONICS CORPORATION, | Civil Case No. 06-CV-1427 WQH(RBB) |
| 2 | Plaintiff, | (Derivative Action) |
| 3 | | |
| 4 | vs. | |
| 5 | JOSEPH RAM, JEFFREY A. KLAUSNER, JOSEPH C. MURGO, ABRAHAM G. | |
| 6 | ROSLER, RANDALL P. MARX, ROBERT S. PICOW AND KIRK A. WALDRON, | |
| 7 | | |
| 8 | Defendants, | |
| 9 | -and- | |
| 10 | INFOSONICS CORPORATION, a Maryland corporation, | |
| 11 | | |
| 12 | Nominal Defendant. | |
| 13 | | Judge: Honorable William Q. Hayes |
| 14 | PETER J. CUNNINGHAM, Derivatively On Behalf of INFOSONICS CORPORATION, | Civil Case No. 06-CV-1529 L (BLM) |
| 15 | Plaintiff, | (Derivative Action) |
| 16 | vs. | |
| 17 | | |
| 18 | JOSEPH RAM, JEFFREY A. KLAUSNER, ABRAHAM G. ROSLER, RANDALL P. | |
| 19 | MARX, AND ROBERT S. PICOW AND KIRK A. WALDRON | |
| 20 | Defendants, | |
| 21 | -and- | |
| 22 | INFOSONICS CORPORATION, a Maryland corporation, | |
| 23 | | |
| 24 | Nominal Defendant. | |
| 25 | | Judge: Honorable M. James Lorenz |
| 26 | | |
| 27 | | |
| 28 | | |

Case No.: 06CV1336 LAB(BLM)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        1.      There are presently three related shareholder derivative actions against certain of the

3  officers and directors of InfoSonics Corporation, ("InfoSonics") on file in this Court.

4        2.      In an effort to assure consistent rulings and decisions and to avoid unnecessary

5  duplication of effort, all of the counsel for parties in the related InfoSonics shareholder derivative

6  actions currently on file in this Court enter into this stipulation.  The counsel are: (1) Robbins Umeda

7  & Fink, LLP on behalf of plaintiff Caridad Miller; (2) Johnson Law Firm on behalf of plaintiff Jason

8  Haggerty; (3) Glancy Binkow & Goldberg, LLP and Gainey & McKenna on behalf of plaintiff Peter

9  J. Cunningham; and (4) Latham & Watkins LLP on behalf of nominal defendant InfoSonics and

10  defendants Joseph Ram, Jeffrey A. Klausner, Joseph C. Murgo, Robert S. Picow and Kirk A.

11  Waldron and specially appearing on behalf of Randall P. Marx and Abraham G. Rosler.

12        3.      Therefore, the above-described parties and their counsel hereby agree and stipulate

13  that the following actions are related and consolidated for all purposes, including pre-trial

14  proceedings and trial:

15  | Abbreviated Case Name | Case Number | Date Filed |
   | --- | --- | --- |
16  | *Miller v. Ram, et al.* | 06-CV-1336 LAB(BLM) | June 27, 2006 |
17  | *Haggerty v. Ram, et al.* | 06-CV-1427 WQH(RBB) | July 14, 2006 |
18  | *Cunningham v. Ram, et al.* | 06-CV-1529 L (BLM) | July 28, 2006 |

19        4.      Every pleading filed in these consolidated actions, or in any separate action included

20  herein, shall bear the following caption:

21                          UNITED STATES DISTRICT COURT

22                          SOUTHERN DISTRICT OF CALIFORNIA

23  | IN RE INFOSONICS CORPORATION DERIVATIVE LITIGATION | ) | Lead Case No. 06-CV-1336 LAB(BLM) |
   | --- | --- | --- |
24  | _____ | ) | (Derivative Action) |
   |  | ) |  |
25  | This Document Relates To: | ) |  |
   |  | ) |  |
26  | ALL ACTIONS. | ) |  |
   |  | ) |  |
27  | _____ | ) |  |

28

- 1 -

5.     The files of these consolidated actions shall be maintained in one file under Master File No. 06-CV-1336 LAB(BLM).

6.     Plaintiffs shall file a Consolidated Derivative Complaint ("Complaint") no later than 45 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder. Defendants shall have 45 days after the filing of the Complaint to file a responsive pleading. In the event that defendants file any motions directed at the Complaint, plaintiffs shall file their opposition within 30 days after the filing of defendants' motion. If defendants file a reply to plaintiffs' opposition, they will do so within 15 days after plaintiffs' filing of the opposition. The parties shall work together in good faith to agree on a hearing date, subject to this Court's availability, on defendants' anticipated motion to dismiss.

7.     The Co-Lead Plaintiffs are Caridad Miller and Jason Haggerty.

8.     Co-Lead Plaintiffs represent that they shall direct this litigation, through their Co-Lead Counsel as defined below, in the best interests of InfoSonics and its shareholders.

9.     The Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

> ROBBINS UMEDA & FINK LLP
> BRIAN J. ROBBINS
> STEVEN J. SIMERLEIN
> 610 West Ash Street, Suite 1800
> San Diego, CA 92101
> Telephone: 619/525-3990
> Facsimile: 619/525-3991
>
> JOHNSON LAW FIRM
> A Professional Corporation
> FRANK J. JOHNSON
> BRETT M. WEAVER
> 402 West Broadway, Suite 2700
> San Diego, CA 92101
> Telephone: 619/230-0063
> Facsimile: 619/230-1839

10.    Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments

-2-

1   in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid

2   duplicative or unproductive effort.

3          11.     Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and

4   appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

5   motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any

6   plaintiffs except through plaintiffs' Co-Lead Counsel.

7          12.     Plaintiffs' Co-Lead Counsel also shall be available and responsible for

8   communications to and from this Court, including distributing orders and other directions from the

9   Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a

10  master service list of all parties and their respective counsel.

11         13.     Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-

12  Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such

13  agreements shall be binding on plaintiffs.

14         14.     Defendants take no position on plaintiffs' request for a designation of lead counsel in

15  this matter, but do not object to such designation on the terms stated herein if the court deems it

16  appropriate.

17         15.     This Order shall apply to each case, arising out of the same or substantially the same

18  transactions or events as these cases, which is subsequently filed in, removed to or transferred to this

19  Court.

20         16.     When a case that properly belongs as part of *In re InfoSonics Corporation Derivative*

21  *Litigation,* Lead Case No. 06-CV-1336 LAB(BLM), is hereafter filed in the Court or transferred here

22  from another court, this Court requests the assistance of counsel in calling to the attention of the

23  Clerk of the Court the filing or transfer of any case which might properly be consolidated as part of

24  the *In re InfoSonics Corporation Derivative Litigation*, Lead Case No. 06-CV-1336 LAB(BLM),

25  and counsel shall assist in assuring that counsel in subsequent actions receive prompt notice of this

26  Order.

27

28

- 3 -

Case No.: 06CV1336 LAB(BLM)

DATED: August __, 2006

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

By:_____See Attached Page_____
            STEVEN J. SIMERLEIN

[Proposed] Co-Lead Counsel and Counsel for
Plaintiff Caridad Miller

DATED: August 11, 2006

JOHNSON LAW FIRM
A Professional Corporation
FRANK J. JOHNSON
BRETT M. WEAVER
402 West Broadway, Suite 2700
San Diego, CA 92101
Telephone: 619/230-0063
Facsimile: 619/230-1839

By:_____
            FRANK J. JOHNSON

[Proposed] Co-Lead Counsel and Counsel for
Plaintiff Jason Haggerty

DATED: August __, 2006

GLANCY, BINKROW & GOLDBERG, LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160

By:_____See Attached Page_____
            MICHAEL GOLDBERG

- 4 -

1

2

3

4

5

6    DATED: August __, 2006

7

8

9

10

11

12

13

14

15

16

17

18

19       The above stipulation having been considered and good cause appearing therefore,

20  IT IS SO ORDERED.

21

22

DATED

23

24

25

26

27

28

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: 212/983-1300
Facsimile: 212/983-0383

Counsel for Plaintiff Peter Cunningham

LATHAM & WATKINS LLP
KIMBERLY AROUH HICKS
PETER H. BENZIAN
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/238-3046
Facsimile: 619/696-7419

By:_____See Attached Page_____
       KIMBERLY AROUH HICKS

Counsel for Defendants Joseph Ram, Jeffrey A.
Klausner, Joseph C. Murgo, Robert S. Picow and
Kirk A. Waldron and Nominal Defendant
InfoSonics Corporation and specially appearing on
behalf of Randall P. Marx and Abraham G. Rosler

\* \* \*

**ORDER**

9-14-06

_____
HONORABLE LARRY ALAN BURNS
JUDGE OF THE DISTRICT COURT

- 5 -

1    DATED: August _11_, 2006                      ROBBINS UMEDA & FINK, LLP
                                                   BRIAN J. ROBBINS
2                                                  STEVEN J. SIMERLEIN
                                                   610 West Ash Street, Suite 1800
3                                                  San Diego, CA 92101
                                                   Telephone: 619/525-3990
4                                                  Facsimile: 619/525-3991

5

6
                                                   By:_____
7                                                            STEVEN J. SIMERLEIN

8                                                  [Proposed] Co-Lead Counsel and Counsel for
                                                   Plaintiff Caridad Miller
9

10   DATED: August ___, 2006                       JOHNSON LAW FIRM
                                                   A Professional Corporation
11                                                 FRANK J. JOHNSON
                                                   BRETT M. WEAVER
12                                                 402 West Broadway, Suite 2700
                                                   San Diego, CA 92101
13                                                 Telephone: 619/230-0063
                                                   Facsimile: 619/230-1839
14

15

16                                                 By:_____
17                                                            FRANK J. JOHNSON

18                                                 [Proposed] Co-Lead Counsel and Counsel for
                                                   Plaintiff Jason Haggerty
19

20   DATED: August _11_, 2006                      GLANCY, BINKROW & GOLDBERG, LLP
                                                   MICHAEL GOLDBERG
21                                                 1801 Avenue of the Stars, Suite 311
                                                   Los Angeles, CA 90067
22                                                 Telephone: 310/201-9150
                                                   Facsimile: 310/201-9160
23

24

25                                                 By:_____
                                                            MICHAEL GOLDBERG
26

27

28

                                          - 4 -

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: 212/983-1300
Facsimile: 212/983-0383

Counsel for Plaintiff Peter Cunningham


DATED: August 11, 2006

LATHAM & WATKINS LLP
KIMBERLY AROUH HICKS
PETER H. BENZIAN
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/238-3046
Facsimile: 619/696-7419


By: _Kimberly A. Hicks_
    KIMBERLY AROUH HICKS

Counsel for Defendants Joseph Ram, Jeffrey A.
Klausner, Joseph C. Murgo, Robert S. Picow and
Kirk A. Waldron and Nominal Defendant
InfoSonics Corporation and specially appearing on
behalf of Randall P. Marx and Abraham G. Rosler


* * *


ORDER

The above stipulation having been considered and good cause appearing therefore,

IT IS SO ORDERED.


DATED _____

_____
HONORABLE LARRY ALAN BURNS
JUDGE OF THE DISTRICT COURT


- 5 -

## <u>DECLARATION OF SERVICE BY OVERNIGHT DELIVERY</u>

I, the undersigned, certify and declare as follows:

1.     I am over the age of 18 years and not a party to this action. My business address is 610 West Ash Street, Suite 1800, San Diego, California, 92101 which is located in the county where the service described below took place.

2.     On August 11, 2006, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the following document:

> STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER THEREON

in an envelope designated by the said express service carrier for guaranteed next day delivery, with delivery fees paid or provided for, addressed to the parties listed on the attached Service List.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 11, 2006, at San Diego, California.



BRIAN BRILLO

*Miller v. Ram, et al.*, Case No. 06-CV-1336 LAB (BLM)
*Haggerty v. Ram, et al.*, Case No. 06-CV-1427 WQH (RBB)
*Cunningham v. Ram, et al.*, Case No. 06-CV-1529 L (BLM)

COUNSEL FOR PLAINTIFFS

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Counsel for Caridad Miller

GLANCY, BINKROW & GOLDBERG, LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: 212/983-1300
Facsimile: 212/983-0383

Counsel for Peter Cunningham

COUNSEL FOR DEFENDANTS

LATHAM & WATKINS LLP
KIMBERLY AROUH HICKS
PETER H. BENZIAN
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/238-3046
Facsimile: 619/696-7419

Counsel for Defendants Joseph Ram, Jeffrey A. Klausner, Joseph C. Murgo, Robert S. Picow and Kirk A. Waldron and Nominal Defendant InfoSonics Corporation and specially appearing on behalf of Randall P. Marx and Abraham G. Rosler

JOHNSON LAW FIRM
A Professional Corporation
FRANK J. JOHNSON
BRETT M. WEAVER
402 West Broadway, Suite 2700
San Diego, CA 92101
Telephone: 619/230-0063
Facsimile: 619/230-1839

Counsel for Jason Haggerty