# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIDAD MILLER, Derivatively on Behalf of Infosonics Corp.,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>JOSEPH RAM, et al.,,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 06cv1336-BTM (WMc)<br><br>ORDER |

On June 8, 2007, the Court held a telephonic status conference regarding the existing discovery dispute in the above captioned case. After hearing from counsel, reviewing the letter briefs, and based upon the applicable law, the Court issues the following Order:

1. The Court finds that folders numbered two and three, submitted by defendant, do not contain discoverable material on the jurisdiction issue.

2. The Court finds that folder numbered one, submitted by defendant, does contain *some* discoverable material on the jurisdiction issue. Specifically, the Court has highlighted that information which it finds discoverable.

3. On or before **June 13, 2007,** counsel for defendant shall photocopy the newly redacted documents and disclose that discovery to plaintiff. The originals shall be returned to the Court.

////

////

///

4. Defendant agrees, and it is the order of this Court, that Mr. Marx will make himself available for a telephonic deposition at defendant's expense if defendant proceeds with its motion regarding personal jurisdiction.

IT IS SO ORDERED.

DATED: June 8, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Barry T. Moskowitz
    U.S. District Judge

All Counsel and Parties of Record