UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE INFOSONICS CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 06-CV-1336 BTM (WMC)<br><br>(Derivative Action)<br><br>ORDER GRANTING JOINT MOTION AND APPLICATION FOR PROTECTIVE ORDER<br><br>Judge: Honorable Barry T. Moskowitz<br>Ctrm.: 15 |
|---|---|

1          The Joint Motion and Application for entry of a Stipulated Protective Order (the
2   "Application") was filed on July 17, 2007.
3          Having considered the papers and argument of counsel, and good cause appearing
4   therefor,
5          **IT IS ORDERED** that Defendants' Application is granted:
6          The Court makes the findings and orders the procedures set forth below governing the
7   disclosure of confidential and proprietary information produced by Defendants in connection
8   with discovery related to the derivative claims:
9          1.     In order to protect the confidentiality of the discovery propounded in the instant
10  derivative action, it must be produced under a protective order and seal so as to shield intentional
11  or inadvertent disclosure while discovery is stayed in the parallel securities class action.
12  Therefore, good cause exists for issuance of a protective order to prohibit the improper
13  disclosure of discovery from the instant derivative action.
14         2.     **Protected Material:**   Any discovery that is produced in connection with the
15  derivative case is deemed "Protected Material."
16         3.     **Disclosure of Protected Material:**  The disclosure of the Protected Material will
17  proceed pursuant to the Joint Protective Order stipulated to by both Parties.
18         4.     **No Disclosure Of Protected Material To Third Parties Or Plaintiff:**  Protected
19  Material shall not at any time be disclosed to third parties or plaintiff, including without
20  limitation its officers, members, directors, shareholders, employees and agents, investors,
21  predecessors, parents, subsidiaries, and affiliated companies.
22         5.     **Disclosure Of Protected Material To Experts Or Consultants:** This Protective
23  Order shall be binding on any expert or consultant to whom Protected Material is disclosed by
24  Counsel.  Any expert or consultant to whom Counsel intends to disclose Protected Material shall
25  be provided a copy of this Protective Order and shall further be required to execute, prior to
26  disclosure of Protected Material, the Acknowledgement of Confidentiality attached hereto as
27  Exhibit A.
28  / / /

1        6.    **Handling Protected Material After This Action Concludes:**  This Protective Order shall continue to be binding while discovery is stayed in the securities class-action, and the Court shall retain jurisdiction to enforce or modify this Protective Order.  At the conclusion of this action, at the request and election of InfoSonics, Counsel for plaintiff shall:

      A.    Return all Protected Material received from InfoSonics, and shall certify in writing that all such Material has been returned within three (3) business days of the conclusion of this action; and

      B.    Destroy all documents that refer to, reflect, or incorporate information contained in documents designated as Protected Material, and shall certify in writing that such destruction has occurred within three (3) business days of the conclusion of this action.

    7.    Paragraph 9(i) of the protective order shall not apply to a witness testifying in Court.

Dated:  July 23, 2007

/s/ Barry Ted Moskowitz
Hon. Barry Ted Moskowitz
United States District Court Judge

## EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Protective Order that was issued by the United States District Court for the Southern District of California on _____ in the case of *In Re InfoSonics Corporation Derivative Litigation*, Case No. 06-CV-1336 BTM (WMC). I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Protective Order to any person or entity except in strict compliance with the provisions of this Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____